IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SETH D. HARRIS, *Acting Secretary of Labor*,

      Plaintiff,

v.                                              CV 13-0075 WPL/LFG

ZL RESTAURANT CORPORATION and
LIXIN ZHANG,

      Defendants.

## ORDER TO SHOW CAUSE

Plaintiff Seth Harris, Acting Secretary of the Department of Labor, filed his complaint in this case on January 24, 2013. (Doc. 1.) Although Sandoval served Defendants ZL Restaurant Corporation and Lixin Zhang on February 5, 2013, (Doc. 3; Doc. 4), the record does not reflect that the Defendants have filed an answer. The last activity in the case was a Waiver of Service form filed on March 19, 2013.

Under the rules of this Court, a "civil action may be dismissed if, for a period of ninety (90) calendar days, no steps are taken to move the case forward." D.N.M.LR-Civ. 41.1.

IT IS THEREFORE ORDERED that this case will be dismissed without prejudice unless, within thirty days of the date of this order, good cause is shown for failing to move the case forward.

                                                                   *William P. Lynch*
                                                             William P. Lynch
                                                             United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.