IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS E. PEREZ, *Secretary of Labor,*
*United States Department of Labor*,

    Plaintiff,

v.   Case No. 13-cv-75 MV/GBW

ZL RESTAURANT CORPORATION,
D/B/A FAMOUS WOK, and LIXIN YANG,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Report and Recommendations, *doc. 40*, regarding Plaintiff's Motion for Attorney Fees, *doc. 37*. Neither party has filed objections to the PFRD within the time frame for doing so, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendations, *doc. 40*, is ADOPTED.  Plaintiff's Motion for Attorney Fees, *doc. 37*, is hereby GRANTED and Plaintiff is entitled to $14,875.00 in attorney fees.

_____
UNITED STATES DISTRICT JUDGE